IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

        v.            **FILED**        CRIMINAL NO.    09cr 794

RAYMOND HORSCH        DEC 15 2009

        MICHAEL E. KUNZ, Clerk
        By_____Dep. Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this  15th  day of  December 2009, Michael L. Levy, United States Attorney for the Eastern District of Pennsylvania, and Elizabeth Abrams, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

MICHAEL L. LEVY
United States Attorney

ELIZABETH ABRAMS
Assistant United States Attorney



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

       v.           **FILED**    CRIMINAL NO. *09cr794*

RAYMOND HORSCH     DEC 15 2009

             MICHAEL E. KUNZ, Clerk
             By_____Dep. Clerk

## ORDER FOR BENCH WARRANT

AND NOW, this *13th* day of *December* 2009, on motion of Michael L.

Levy, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench

warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge