IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE NOTICE MAILED: January 5, 2010 |
| v. | : | |
| RAYMOND HORSCH<br>Bucks County Prison<br>Prison ID No. 114-85-64-2 | : | CRIMINAL NO. 09-794 |

## NOTICE OF INITIAL APPEARANCE

**1.** TAKE NOTICE that you have been indicted by the Grand Jury. A copy of the indictment is enclosed.

**2.** The United States Marshal will make arrangements to have you present before Magistrate Judge M. Faith Angell for an:

INITIAL APPEARANCE on Thursday, January 28, 2010, at 1:30 p.m. in Courtroom No.5-B, 5th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**3.** In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at (267) 299-4400 immediately. You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

**4.** Please consult with your attorney before the above date. **NOTE**: If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court. If you want an attorney to be appointed for you, contact the office of the Defender Association, **Suite 540 West, 601 Walnut Street, Philadelphia, Pennsylvania 19106, 215-928-1100**. If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.

[NO] Interpreter Required

This case has been assigned to **Judge Surrick**
For information, communicate with
**Courtroom Deputy Michael Finney**
Telephone No. 267-299-7639
NOTICE TO: Magistrate Judge Angell
Defendant
Defender Association
E. Abrams, AUSA
United States Marshal
Pretrial Services
Larry Bowman

Cr. 11 (rev 10/2007)