IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    :

                                            :           Criminal No. 09-794

            v.                              :

                                            :

RAYMOND HORSCH
Bucks County Prison                         :
Prison Id. No. 114-85-64-2
D.O.B. 5/5/1943

## O R D E R

AND NOW, this 5th day of January, 2010, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Warden of Bucks County

Prison the United States Marshal(s) for the Eastern District of Pennsylvania produce before this Court

the body of Raymond Horsch Id. No. 114-85-64-2 on Thursday, January 28, 2010 at 11:00 A.M. before

the Honorable M. Faith Angell to appear for an initial appearance hearing in the above-captioned

matter, and that immediately upon termination of the said proceedings, he be delivered into the custody

of the said superintendent of the said institution.


                                        BY THE COURT:


                                        /s/ R. Barclay Surrick
                                        U.S. District Judge


cc:  U.S. Marshal (2)


 January 5, 2010          M. Finney
    DATE               267-299-7639

Cr 2 (8/80)