**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA :
:
V. : CRIMINAL NO. 09-794
:
RAYMOND HORSCH :

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance in the above-captioned matter.

Jerome M. Brown, Esquire
1628 JFK Boulevard, Suite 1000
8 Penn Center
Philadelphia, PA 19103
(215) 568-0607 phone
(215) 751-9739 fax
Attorney I.D. No. 35144