IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 09-794

Raymond Horsch :

:

## ENTRY OF APPEARANCE

To the Clerk:

Please enter my appearance on behalf of the defendant in the above-named case.

Jerome Brown
Counsel for Defendant

1628 JFK Blvd
Address Suite 1000
Phila, PA 19103

Phone Number

1/29/10
Date

Cr. 17 (8/80)