IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

___ INTERPRETER NEEDED  :  IA/ARR/PTD

Date of Arrest:  :  January 28, 2010
ESR OPERATOR: S Malloy

UNITED STATES OF AMERICA  :  AUSA L Abrams

v.  :  09 No: 794

Raymond Horsch  :  Jerome Brown
:  [] CJA Appointed
[x] Retained
[] Defenders' Assn. Apptd.

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted.  A detention hearing and  are scheduled for .

[x] The Defendant stipulated to [] probable cause and/or [x] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted.  The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied.
See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release.
See attached Conditions of Release Order.

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[x] PLEA:  NOT GUILTY TO ALL COUNT(S).  Counsel have 14 days to file pretrial motions.*

BY:

S/Linda K Caracappa

_____

LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT   10  MINUTES**

(Form Revised December, 2007)