**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA :
:
V. : CRIMINAL NO. 09-794
:
RAYMOND HORSCH :

**ORDER**

AND NOW this day of , 2010, it is hereby ORDERED that the trial in the matter is continued and Defendant is permitted to file Pretrial Motions on or before May 1, 2010. The Clerk of Court shall exclude the appropriate time period pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F) and (h)(8)(A) and this Order.

BY THE COURT:

______________________________
J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NO. 09-794 |
| RAYMOND HORSCH | : | |

**UNOPPOSED MOTION FOR CONTINUANCE AND EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

Raymond Horsch, by his attorney, Jerome M. Brown, Esquire, hereby move this Honorable Court to continue the trial date and extend the date for filing additional pre-trial motions, and, in support thereof, states the following:

1. Petitioner was arrested and charged with manufacturing marijuana, possession with intent to distribute marijuana plants, and weapons offenses.
2. Petitioner was arraigned on January 28, 2010, before U.S. Magistrate Judge Linda K. Caracappa.
3. Judge Caracappa directed that Mr. Horsch file Pretrial Motions within 15 days.
4. To date, Counsel has not received discovery, is going on vacation, has multiple trial and briefing obligations, and the parties are exploring the possibility of settling this matter via a non-trial disposition.
5. Counsel has spoken with AUSA Elizabeth F. Abrams, who does not oppose extending the time to file the Motions until May 1, 2010 and does not oppose Counsel's request for a lengthy continuance of trial thereafter.
6. Counsel has spoken to his client who understands that by filing this Motion, he waives his right to a speedy disposition of the Motions under 18 U.S.C. §3161(h)(1)(f) as well as a right to a speedy trial pursuant to §3161(h)(8)(a).

7. The time that Counsel is requesting is excludable under 18 U.S.C. §3161(h)(1)(F) and (h)(8)(A).

WHEREFORE, it is respectfully requested that this Honorable Court grant Petitioner until May 1, 2010, to file Pretrial Motions and continue the trial for a significant period of time thereafter and/or leave the trial date open until it is determined whether or not this matter will be consummated by a plea.

Respectfully submitted,

Jerome M. Brown
Attorney for Petitioner
RAYMOND HORSCH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. 09-794 |
| | : | |
| RAYMOND HORSCH | : | |

**CERTIFICATE OF SERVICE**

I, Jerome M. Brown, Esquire, HEREBY CERTIFY that a true and correct copy of the Second Unopposed Motion for Extension of Time to File Pretrial Motions upon AUSA Elizabeth F. Abrams, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106, by first class mail, postage prepaid, on the date below:

Date: February 4, 2010

Jerome M. Brown
Attorney for Petitioner
RAYMOND HORSCH