IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 09-794 |
| | : | |
| RAYMOND HORSCH | : | |

<u>ORDER</u>

AND NOW, this 16th day of February, 2010, upon consideration of the Unopposed Motion for Trial Continuance and Extension of Time to File Pretrial Motions (Doc. No. 10), it is ORDERED that said Motion is GRANTED.

It is further ORDERED as follows:

1. Discovery shall be completed by March 1, 2010.

2. Pretrial Motions shall be filed on or before April 12, 2010.

3. Government's response is due on or before April 26, 2010.

4. Proposed *voir dire* questions and verdict form, points for charge, trial memorandum and witness list are due on or before May 3, 2010.

5. Trial is rescheduled for Monday, May 17, 2010 at 9:30 a.m. in Courtroom 8-A.

Wherefore, in accordance with 18 U.S.C. §3161(h)(7), the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial and, therefore, orders this case continued.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
U.S. District Judge