RBS

13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA FILED :

v. APR 28 2010 : CRIMINAL NO. 09-794

RAYMOND HORSCH MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

**SECOND UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL AND EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

Raymond Horsch, by his attorney, Jerome M. Brown, Esquire, hereby move this Honorable Court to continue the trial date and extend the date for filing additional pre-trial motions and, in support thereof, states the following:

1. Petitioner was arrested and charged with manufacturing marijuana, possession with intent to distribute marijuana plants, and weapons offenses.

2. Petitioner was arraigned on January 28, 2010, before U.S. Magistrate Judge Linda K. Caracappa.

3. Judge Caracappa directed that Mr. Horsch file Pretrial Motions within 15 days.

4. Petitioner previously filed an Unopposed Motion for Continuance of trial, which the Court graciously granted until May 17, 2010.

5. There are still ongoing negotiations that would make the trial unnecessary and the parties are working towards resolving this in a non-trial disposition. In fact, there have been two lengthy proffer sessions and more are expected to occur.

6. Counsel has spoken with AUSA Elizabeth F. Abrams, who does not oppose Counsel's request for a continuance of trial.

7. Counsel has spoken to his client who understands that by filing this Motion,

he waives his right to a speedy disposition of the Motions under 18 U.S.C. §3161(h)(1)(f) as well as a right to a speedy trial pursuant to §3161(h)(8)(a).

8. The time that Counsel is requesting is excludable under 18 U.S.C. §3161(h)(1)(F) and (h)(8)(A).

WHEREFORE, it is respectfully requested that this Honorable Court continue the trial for a period of 90 days, and extend the time for filing Pretrial Motions.

Respectfully submitted,

Jerome M. Brown
Attorney for Petitioner
RAYMOND HORSCH

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

V. CRIMINAL NO. 09-794

RAYMOND HORSCH

**CERTIFICATE OF SERVICE**

I, Jerome M. Brown, Esquire, HEREBY CERTIFY that a true and correct copy of the Second Unopposed Motion for Continuance of Trial and Extension of Time to File Pretrial Motions has been served upon AUSA Elizabeth F. Abrams, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106, by first class mail, postage prepaid, on the date below:

Date: 4/26/10

Jerome M. Brown
Attorney for Petitioner
RAYMOND HORSCH