IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 09-794 |
| RAYMOND HORSCH | : | |

ORDER

AND NOW, this 5th day of May, 2010, upon consideration of the Second Unopposed Motion for Trial Continuance and Extension of Time to File Pretrial Motions (Doc. No. 13), it is ORDERED that said Motion is GRANTED.

It is further ORDERED as follows:

1. Pretrial Motions shall be filed on or before July 12, 2010.
2. Government's response is due on or before July 26, 2010.
3. Proposed *voir dire* questions and verdict form, points for charge, trial memorandum and witness list are due on or before August 12, 2010.
4. Trial is rescheduled for Monday, August 16, 2010 at 9:30 a.m. in Courtroom 8-A.

Wherefore, in accordance with 18 U.S.C. §3161(h)(7), the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial and, therefore, orders this case continued.

IT IS SO ORDERED.

BY THE COURT:

R. Barclay Surrick, J.

Fax to:
Abrams
Brown
5-5-10

Copy to:
Speedy Trial
5-5-10