RBS

17

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

CRIMINAL NO. 09-794

v.

RAYMOND HORSCH

FILED

AUG 09 2010

MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

**JOINT MOTION FOR CONTINUANCE OF TRIAL**

The parties, by their attorneys, hereby move the Court for a joint continuance of the trial date in this matter, and in support of this motion state as follows:

1. On December 15, 2009, a grand jury returned a four-count indictment, charging the defendant with manufacturing marijuana, possessing marijuana with intent to distribute, possession of firearms in furtherance of drug distribution and possession of firearms by a convicted felon.

2. On January 26, 2010, the grand jury returned a superseding indictment, alleging illegal possession of ammunition by a convicted felon, in addition to the firearms that had already been charged in Count Four of the indictment.

3. The defendant was arraigned before Magistrate Judge Linda K. Caracappa on January 28, 2010, and pleaded not guilty to all charges. His trial was scheduled for March 1, 2010. The defendant twice moved for continuance of trial, with no objection from the government. The Court granted those continuance requests. Trial was continued to May 17, 2010, and then continued a second time to August 16, 2010.

4. The government and Raymond Horsch continue to explore whether the case may be resolved via a non-trial disposition. A non-trial disposition would serve the public interest by more efficiently allocating judicial resources. The ends of justice served by granting a continuance of trial and excluding this time under the Speedy Trial Act would outweigh the best interests of the public and the defendant in a speedy trial.

5. Assistant United States Attorney Elizabeth Abrams has represented that the government joins in, and has no objection to, this Motion for Continuance.

6. Counsel has spoken to his client who understands that by filing this Motion, he waives his right to a speedy disposition of the Motions under 18 U.S.C. §3161(h)(1)(f) as well as a right to a speedy trial pursuant to §3161(h)(8)(a).

7. The time that Counsel is requesting is excludable under 18 U.S.C. §3161(h)(1)(F) and (h)(8)(A).

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of trial and an extension of the period of time for filing the pretrial motions.

Respectfully submitted,

JEROME M. BROWN
1628 JFK Blvd.
Suite 1000
Philadelphia, Pa. 19103
215-568-0607
Attorney for Raymond Horsch

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Joint Motion for Continuance has been served via e-mail upon the following:

Elizabeth Abrams
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

JEROME M. BROWN

DATED: 8/6/10