18

RBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RAYMOND HORSCH

CRIMINAL NO. 09-794

FILED
AUG 09 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this 9th day of August, 20102010, the Court finds that the defendant, Raymond Horsch, and the government are continuing to explore the possibility of a non-trial resolution of the charges in the Superseding Indictment. The Government does not oppose continuance of trial, and has joined the Motion requesting continuance of that trial. The Court further finds that the ends of justice are best served by granting a continuance in this matter, and outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(7)(A), it is hereby ORDERED that the trial of this matter is continued until November 8, 2010 and pre-trial motions are to be filed by Oct. 18, 2010.

BY THE COURT:

R. BARCLAY SURRICK
United States District Judge

Fax to:
Abrams
Brown
8/9/10

Copy to:
Speedy Trial
8/10/10