**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 09-794 |
| | : | |
| RAYMOND HORSCH | : | |

## **O R D E R**

AND NOW, this 9th day of August, 2010, it is ORDERED that the Joint Motion for

Continuance of Trial shall be filed under seal, and shall remain under seal until further order

of this Court.

IT IS SO ORDERED.

BY THE COURT:


*/s/ R. Barclay Surrick*
U.S. District Judge