RBS

21

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

FILED
OCT 21 2010
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

V. CRIMINAL NO. 09-794

RAYMOND HORSCH

**JOINT MOTION FOR CONTINUANCE OF TRIAL**

Raymond Horsch, by his attorney, Jerome M. Brown, Esquire, hereby move this Honorable Court to continue the trial date and, in support thereof, states the following:

1. Petitioner was arrested and charged with manufacturing marijuana, possession with intent to distribute marijuana plants, and weapons offenses.

2. Petitioner was arraigned on January 28, 2010, before U.S. Magistrate Judge Linda K. Caracappa.

3. Petitioner previously filed two Unopposed Motions for Continuance of trial, which the Court graciously granted until November 8, 2010.

5. There are still ongoing negotiations that would make the trial unnecessary and the parties are working towards resolving this in a non-trial disposition. There have been three lengthy proffer sessions, and another is scheduled for November 5, 2010, with more expected.

6. Moreover, consistent with the Court's Motion deadline, Counsel has also filed a Motion to Suppress the evidence seized in Mr. Horsch's house, which is the only Motion that will be raised, if the matter proceeds to trial.

7. Petitioner is a 68 year old man who is facing a 20 year mandatory minimum penalty. Thus, the negotiations in this case are somewhat delicate. Moreover, the undersigned Counsel is currently working <u>pro bono</u> and a

second Counsel, Mark I. Rickles, Esquire, who has not officially entered this case, is also working on this case pro bono.

8. Any indulgence that the Court can give in scheduling would be deeply appreciated by the parties.

9. Counsel has spoken with AUSA Elizabeth F. Abrams, who does not oppose Counsel's request for a continuance of trial and joins therein.

10. Counsel has spoken to his client who understands that by filing this Motion, he waives his right to a speedy trial pursuant to §3161(h)(8)(a).

11. The time that Counsel is requesting is excludable under 18 U.S.C. §3161(h)(8)(A).

WHEREFORE, it is respectfully requested that this Honorable Court continue the trial for, at least, a period of 90 days.

Respectfully submitted,

Jerome M. Brown
Attorney for Petitioner
RAYMOND HORSCH

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

V. CRIMINAL NO. 09-794

RAYMOND HORSCH

**CERTIFICATE OF SERVICE**

I, Jerome M. Brown, Esquire, HEREBY CERTIFY that a true and correct copy of the Joint Motion for Continuance of Trial has been served upon AUSA Elizabeth F. Abrams, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106, by first class mail, postage prepaid, on the date below:

Date: 10/19/10

Jerome M. Brown
Attorney for Petitioner
RAYMOND HORSCH