IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 09-794 |
| | : | |
| RAYMOND HORSCH | : | |

O R D E R

AND NOW, this 21st day of October, 2010, upon consideration of the Joint Motion for

Continuance of Trial, it is ORDERED that said Motion is GRANTED.

It is further ORDERED as follows:

1. Trial is rescheduled for Monday, January 10, 2011 at 9:30 a.m. in Courtroom 8-A.

2. Proposed *voir dire* questions and verdict form, points for charge, trial memorandum
   and witness list are due on or before Thursday, February 3, 2011.

3. The Joint Motion for Continuance of Trial shall be filed under seal.

4. The Court will not entertain any future requests for trial continuances.

In accordance with 18 U.S.C. §3161(h)(7), the Court finds that the ends of

justice served by granting this continuance outweigh the best interest of the public and the

defendant in a speedy trial and, therefore, orders this case continued.

IT IS SO ORDERED.

BY THE COURT:

/s/ *R. Barclay Surrick*
U.S. District Judge