Prepared By:  Elizabeth Abrams
Return To:    United States Attorney's Office
               615 Chestnut Street
               Suite 1250
               Philadelphia, PA 19106
Parcel No.:  26-6-86

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **Criminal No. 09-794** |
| RAYMOND HORSCH | : | |

## RELEASE OF LIS PENDENS

COMES NOW THE UNITED STATES OF AMERICA, by and through its attorneys, and hereby releases any and all forfeiture claims affecting the premises commonly known as **520 Airy Avenue, Chalfont, Pennsylvania 18914-1829**, such claims having been entered in the records of Bucks County, Pennsylvania at Deed Book 6476, Page 2306, as a result of the Notice of Lis Pendens filed in the above-captioned matter.

The property to which this Lis Pendens refers is more specifically described in the most recent Deed of Record at Book 4984, Page 533, as owned by **Raymond C. Horsch**, and which is further described as follows:

> **ALL THAT CERTAIN lot or piece of ground, with the buildings and improvements thereon erected, situate in New Britain Township, County of Bucks and Commonwealth of Pennsylvania. Harris and Henry, Registered Engineers and Surveyors, Doylestown, Pennsylvania, on April 17, 1953 and**

revised on January 18, 1956, bounded and described as follows to wit:

BEGINNING at a point on the Southeast side of Airy Avenue (50 feet wide) which point is measured North 41 degrees and 26 minutes East 62.60 feet from a point which point is measured on the arc of a circle curving to the left having a radius of 175 feet the arc distance of 271.32 feet from a point now on the Southwest side of Airy Avenue which point is measured South 49 degrees 44 minutes East 670.89 feet from a point which point is measured on the arc of a circle curving to the right having a radius of 8 feet the arc distance of 12.46 feet from a point on the Southeast side of Lexington Avenue (50 feet wide); thence extending along the Southeast side of Airy Avenue North 41 degrees 26 minutes East 108 feet to a point thence extending South 49 degrees 44 minutes East 190 feet to a point; thence extending South 41 degrees 26 minutes West 108 feet to a point; thence extending North 49 degrees 44 minutes West 190 feet to a point on the Southeast side of Airy Avenue the first mentioned Point and Place of BEGINNING.

BEING LOT NUMBER 86 Airy Avenue.

BEING THE SAME PREMISES which Thomas A. C. McIntyre and Elizabeth Yost granted and conveyed unto Walter Helms and Edith M. Helms, Husband and Wife by deed dated May 25, 1956 recorded June 6, 1956 in Deed Book 1311 page 540, Bucks County records.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

ELIZABETH F. ABRAMS
Assistant United States Attorney
PA Attorney ID# 86525

Date:_____3/1/11_____

- 3 -