AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of PENNSYLVANIA

United States of America
v.

RAYMOND HORSCH

)
)    Case No.    CR 09-794
)
)
)

*Defendant*

## ARREST WARRANT

**FILED**

OCT 13 2011

MICHAEL E. KUNZ, Clerk
By_____
_____Dep. Clerk

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RAYMOND HORSCH                                    ,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

MANUFACTURING 100 OR MORE MARIJUANA PLANTS; POSSESSION W/INTENT TO DISTRIBUTE 100 OR MORE MARIJUANA PLANTS; POSSESSION OF SHORT BARRELED SHOTGUN IN FURTHERANCE OF DRUG TRAFFICKING CRIME; POSSESSION OF FIREARM BY CONVICTED FELON
21:841(a)(1),(b)(1)(B); 18:924(c)(1)(A); 18:922(g)(1)

Date:    Dec 15, 2009

_____    , Deputy Clerk
*Issuing officer's signature*

City and state:    **PHILADELPHIA, PA**

**MICHAEL E. KUNZ, CLERK OF COURT**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9-15-09 , and the person was arrested on *(date)* 1-27-10 at *(city and state)* Doylestown P. |

Date:    16 27-10

_____
*Arresting officer's signature*

_____
*Printed name and title*