IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: April 23, 2012 |
| v. | : | |
| | : | |
| RAYMOND HORSCH USM 04422-018 | : | Criminal No. 09-794 |

NOTICE

**TAKE NOTICE** that the above-entitled case has been set for sentencing hearing in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on Wednesday, May 23, 2012 at 10:00 a.m. before the Honorable R. Barclay Surrick. In Courtroom 8-A, 8th Floor.

ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED**.**

Counsel shall file their Trial Memorandum, Sentencing Memorandum or Change of Plea Memorandum **three (3) business** days prior to the scheduled proceeding unless otherwise ordered by the Court. Please **fax** a copy of the memorandum to the undersigned.

Very truly yours,

/s/ *Michael Finney*
Deputy Clerk to Judge R. Barclay Surrick
267-299-7639 (Office)
267-299-7638 (Fax)
Notice to:
Defendant
J. Brown, Defense Counsel
E. Abrams, AUSA **(via email)**
U.S. Marshal **(via email)**
Probation Office **(via email)**
Pretrial Services **(via email**
L. Bowman **(via email)**

**NO INTERPRETER REQUIRED**
**[] THIS PROCEEDING HAS BEEN RESCHEDULED FROM**

Cr4 (rev. 8/98)