MBS

37

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FILED
JUN 22 2012
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 09-794**

**RAYMOND HORSCH** **FILED UNDER SEAL**

**ORDER**

**AND NOW, this 22nd day of June, 2012, upon consideration of the Government's request to impound its sentencing motion and memorandum, and accompanying order and docket papers, and after balancing the public right of access to the documents with the government's interest in protecting cooperating witnesses, and maintaining the secrecy of ongoing criminal investigations, it is hereby ORDERED that the attached Motion, and accompanying Order and docket papers are SEALED and IMPOUNDED until further Order of the Court.**

BY THE COURT:

HONORABLE R. BARCLAY SURRICK
United States District Judge

Fax to:
Abrams
Brown
Rickles
6-22-12