IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 09-794 |
| | : | |
| RAYMOND HORSCH | : | |

**GOVERNMENT'S MOTION TO DISMISS**
**COUNT ONE OF THE SUPERSEDING INDICTMENT**

1. On January 10, 2011, defendant Raymond Horsch pled guilty to Counts Two, Three and Four of the Superseding Indictment returned January 26, 2010.

2. In accordance with the agreement of the parties, the government moves to dismiss Count One of the Superseding Indictment.

WHEREFORE, the government respectfully requests the Court enter an Order dismissing Count One of the Superseding Indictment.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/
ELIZABETH ABRAMS
Assistant United States Attorney

Date: June 28, 2012

**CERTIFICATE OF SERVICE**

The foregoing Motion for Judgment and Preliminary Order of Forfeiture, and proposed Order, will be served electronically through the District Court Electronic Case System upon:

Jerome M. Brown, Esquire
1628 JFK Boulevard
Suite 1000, 8 Penn Center
Philadelphia, PA 19103

/s/
ELIZABETH ABRAMS
Assistant United States Attorney

Date: June 28, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 09-794 |
| | : | |
| RAYMOND HORSCH | : | |

**O R D E R**

AND NOW, this ________ day of __________________, 2012, upon consideration of the government's motion, Count One of the Superseding Indictment, returned January 26, 2010, is hereby DISMISSED.

______________________________________
HONORABLE R. BARCLAY SURRICK
*Judge, United States District Court*