42

RBS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RAYMOND HORSCH

FILED
JUL 5 2012
MICHAEL E. KUNZ, Clerk
By Dep. Clerk

CRIMINAL NO. 09-794

SUPPLEMENTAL PRESENTENCE MEMORANDUM

Raymond Horsch previously submitted a lengthy Presentence Memorandum to the Court in April, 2011. The Government had previously agreed to demandatorize Count 2 in 2011. The Government thereafter graciously provided Mr. Horsch with an opportunity to provide further cooperation in order to try to have Count 3 also demandatorized. As a result of new information, the Government has decided to demandatorize both of the mandatory sentences. Nonetheless, the Government essentially argues for a sentence similar to what could have been imposed when only Count 2 was previously demandatorized.

For the following reasons, as well as the reasons previously submitted in Mr. Horsch's initial Presentence Memorandum, it is respectfully submitted that a sentence below that sought by the Government would be appropriate given all the circumstances of this case.

First of all, as the Government has conceded, a previous conviction in Philadelphia Municipal Court has been vacated and the case ultimately was dismissed. Thus, Mr. Horsch has an offense gravity score of 1 and the guidelines would be 24-30 months if the mandatories, which have now been demandatorized, were not required to be used under the guideline provisions.

While incarcerated, he engaged in some dangerous cooperative activities, which apparently convinced the Government to drop the mandatory for Count 3. Those cooperative efforts included obtaining information from those with whom Mr. Horsch is incarcerated, exposing him to great degree of danger.

In addition, Mr. Horsch has now been incarcerated for a period of three years. While many of the continuances in this case have been agreed to by Mr. Horsch, the long and short of it is that he is still incarcerated at FDC Philadelphia where there is very little in the way of activities, and where he has been suffering from a severe depressive disorder since his incarceration See, psychological records attached hereto at Exhibit "A". Indeed, his days have often been spent in his cell, and he has apparently lost interest in personal grooming and sanitation.

Because of the limited amount of activities and the inability even to go outside, see the sky and have the sun beam down on you at FDC Philadelphia, it is respectfully submitted that his incarceration has seemed to Mr. Horsch to be far greater than three years and certainly far greater than it would seem at an FCI. Moreover, despite multiple efforts to be able to have his son, sister, or ex-wife visit him, the prison has denied all requests for visitation. Thus, in addition to the above, Mr. Horsch has been bereft of all outside human physical contact except when he has been seen by his lawyers.

In addition, his health has been slowly deteriorating. He is currently being treated for heart arrhythmia, high blood pressure, and high cholesterol and triglycerides. He has been taken from prison to the Frankford Area Hospital four times to see a cardiac specialist. Mr. Horsch has also been treated for an enlarged prostate, severe depression, and arthritis. He also suffers from macular-degeneration in his right eye, as

noted in the previous Presentence Memorandum, which has worsened and is effecting his other eye.[1]

His current medications include aspirin as a blood thinner and aid against a possible stroke as he has had a previous TIA; simvastatin to treat high cholesterol and triglycerides; metoprolol tartrate to treat cardiac arrhythmia and dysrhythmia; naproxen to treat arthritis; fluoxetine to treat a major depressive disorder; tamsulosin to address prostate issues; lisinopril to address high blood pressure; and niacin also to treat cholesterol and triglycerides. See, Medical Records attached hereto at Exhibit "B".

Given this mix of conditions and Mr. Horsch's advanced age (well beyond that of a typical defendant), the sentence, even in the bottom range of the guideline that the Government is requesting, could well result in a life sentence for him.

Accordingly, the guidelines of 240 months, which are only imposed because of the mandatories, and which have now been demandatorized, should not be the starting point. Rather, it is respectfully submitted that the Court should look to the guideline levels that were cited in the PSR at pp.99, which are 24-30 months.

Mr. Horsch is elderly, has been imprisoned for three years without physical contact with family or friends; is battling severe depression; is on the verge of losing his sight; and is battling other physical health conditions. Moreover, he performed dangerous cooperative activities while incarcerated. Finally, he has lost his home, any monies that he had saved, and most of his physical belongings.

Hence, it is respectfully submitted that the Court should significantly depart from the Government's sentencing recommendation realizing that there is a mandatory

---

[1] While the Presentence Investigator has asserted that Mr. Horsch does not have macular degeneration, the letter of Dr. Sinclair as well as page 2 of the medical records attached at Exhibit "B" refer to that condition.

period of supervised release of eight years, which with the sentence of imprisonment the Court imposes, will provide deterrence, just punishment, promote respect for the law, and permit him to be treated in the community, rather than at the expense of the BOP for his multiple physical and mental health conditions. Finally, even if the Court were only to release him with a time served sentence with the supervised release condition, he will be under supervision well into his seventies.

Respectfully submitted,

Jerome M. Brown
Attorney for Ray Horsch

# EXHIBIT A

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-30-2012 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04422-018 - HOERSCH, RAYMOND C. **Unit/Qtrs:** 7 SOUTH, G02-719LH
**Author:** DANA P. REINHOLD, STAFF PSYCH
**Institution:** PHL - PHILADELPHIA FDC

---

Inmate HOERSCH has been identified as a CARE2-MH inmate on the basis of his mental health diagnosis (see Diagnostic Formulation) and need for services. Therefore, HOERSCH is being seen at least quarterly to address mental health and adjustment issues.

Today's contact satisfies the required minimum contact for:

( x) Quarter 1 (Jan, Feb, Mar)

( ) Quarter 2 (Apr, May, Jun)

( ) Quarter 3 (Jul, Aug, Sept)

( ) Quarter 4 (Oct, Nov, Dec)

During today's contact inmate HOERSCH expressed willingness to resume assisting with GED tutoring once the current inmate tutor leaves this facility in the near future. He reported he is compliant with antidepressant medication and it is somewhat helpful. He continues to spend too much time in his room and to have fairly poor grooming and sanitation. I encouraged him to make more effort in these areas. He denied recent/current suicidal ideation, intent or plan.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-28-2012 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04422-018 - HOERSCH, RAYMOND C. **Unit/Qtrs:** 7 SOUTH, G02-719LH
**Author:** DANA P. REINHOLD, STAFF PSYCH
**Institution:** PHL - PHILADELPHIA FDC

---

Inmate HOERSCH has been identified as a CARE2-MH inmate on the basis of his mental health diagnosis (see Diagnostic Formulation) and need for services. Therefore, HOERSCH is being seen at least quarterly to address mental health and adjustment issues.

Today's contact satisfies the required minimum contact for:

(x ) Quarter 1 (Jan, Feb, Mar)

( ) Quarter 2 (Apr, May, Jun)

( ) Quarter 3 (Jul, Aug, Sept)

( ) Quarter 4 (Oct, Nov, Dec)

During today's contact inmate HOERSCH reported he continues to be depressed, but reported compliance with fluoxetine. He denied recent or current suicidal ideation, intent or plan. He reported slow progress toward sentencing, with his PSI currently undergoing revisions. He feels burdened by the continuing exclusion of his son from visits due to background issues and said he has neither seen his son nor had physical contact with another human being in 2 1/2 years, which is difficult for him.

Inmate HOERSCH previously led a small writing class, but found few inmates were motivated to actually write, and others did not wish to share their writing in the group, so it dwindled away. I expressed appreciation for his having attempted to do something to help his fellow inmates. He reported that he currently provides some language tutoring to one inmate participating in GED classes. He expressed willingness to help in any way needed with tutoring in various subjects.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-15-2011 - Diagnostic Formulation
**Reg Number-Name:** 04422-018 - HOERSCH, RAYMOND C. **Unit/Qtrs:** 7 SOUTH, G02-719LH
**Author:** DANA P. REINHOLD, STAFF PSYCH
**Institution:** PHL - PHILADELPHIA FDC

---

**AXIS I:** Major Depressive Disorder - Recurrent

**AXIS II:** None

**Comments:**

The diagnoses rendered above are based on Psychology Services' interactions with and observations of inmate HOERSCH. These diagnoses may or may not match HOERSCH's self-reported mental health diagnoses or those rendered by Health Services for medication administration purposes

Based on the diagnoses rendered by Psychology Services, inmate HOERSCH has been identified as a **CARE2-MH** inmate and therefore will be seen at least quarterly. The type of care to be offered will include weekly monitoring of psychotropic medication compliance, and contact at least quarterly to assess current adjustment, mental status, suicidality, and any change in treatment needs. The rationale for the frequency and type of care specified is that inmat HOERSCH has been compliant with medications and appears stable although still symptomatic, and has no history of suicidality.

Inmate HOERSCH is aware of how to obtain Psychology Services on both a routine and emergent basis and he agreed to seek contact if needed in addition to the plan described above.

**SENSITIVE BUT UNCLASSIFIED**

# EXHIBIT B

# Bureau of Prisons
# Health Services
# Clinical Encounter

[redacted]

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hoey, Stephen D.O.

**Chief Complaint:** ENDO/LIPID

**Subjective:** Tolerating or without muscle pain.

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**COMPLAINT 2** **Provider:** Hoey, Stephen D.O.

**Chief Complaint:** CARDIAC

**Subjective:** Still using occassional s l. ntg for chest discomfort. Discussed prior cardiac history with patient. Had "TIA" 2 yrs ago while under the care of his primary care physician in Buck's County, Porino. Also due for colonosccopy, as he had polypectomy with bowel resection '05.

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**Seen for clinic(s):** Cardiac, Endocrine/Lipid

**ROS:**

**Cardiovascular**

**General**

Angina (yes), Edema (yes), Exertional dyspnea (yes), Palpitation (yes)

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/13/2010 | 11:33 PHL | 70 | Apical | | Hoey, Stephen D.O. |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

[redacted]

Sick Call/Triage encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1** **Provider:** Fausto, Antonio MLP

Inmate was seen today requesting to be seen by eye doctor.Inmate has ahx. of macular degineration.Inmate also claims he has a pending colonoscopy procedure prior to his incarceration.Inmate claims he has a hx. of colon resection due to polyps.Eye consult and hemocult test requested.Advice inmate to follow up in health sick call and chronic care clinic as needed.

**New Laboratory Requests:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| Stool tests-General-Fecal Occult Blood Test (collected) | One Time | | 07/09/2010 00:00 | Routine |

**Additional Information:**

To R/O Intestinal or Rectal bleeding

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Optometry | 07/06/2010 | Routine | No | |

**Reason for Request:**

Hx. of macular degineration

Visual accuity= OD-20/200; OS- 20/30; OU- 20/30

**Provisional Diagnosis:**

Routine exam to R/O macular degineration

**Copay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Fausto, Antonio MLP on 07/06/2010 11:09

Requested to be cosigned by Hoey, Stephen D.O..

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

[redacted]

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hoey, Stephen D.O.

**Chief Complaint:** Other Problem

**Subjective:** Patient has been having episodes for past several years of "palpitations', associated with irregular pulse. Noted on admission yesterday to have abnormal ECG; MAT vs. A-fib with RVR. Todays repeat tracing (pt feels much better!) shows NSR with occassional PAC's. Also relates episode several years ago when he was thought to have a "mini-stroke" or TIA, but work-up was inconclusive and required no therapy. Long discussion with patient regarding Paroxysmal Atrial Fibrillation (PAF) and the risk of stroke, as well as the down-side of anticoagulation therapy. He opts for aspirin therapy, due to the inherant risks associated with incarceration and the relatively benign coarse of his dysrhythmia to date. Await labs for further recommendations for treatment options.

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**Seen for clinic(s):** Cardiac

**Added to clinic(s):** Cardiac

**ROS:**

**Cardiovascular**

**General**

Cough (no), Cyanosis (no), Edema (no), Exertional dyspnea (no), Palpitation (yes)

**Pulmonary**

**Respiratory System**

Cough - Productive (no), DOE (no), Sputum - Change (no)

Notes Intermittant palpitations, but no syncope or near-syncope.

**OBJECTIVE:**

**Exam:**

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Cardiac dysrhythmia, unspecified | 427.9 | Current | 04/08/2010 | Initial | Chronic |

**Health Problem Comments:**

probable episodes of PAF

# Bureau of Prisons
## Health Services
## Health Problems

**Reg #:** 04422-018 **Inmate Name:** HOERSCH, RAYMOND C

| Description | Type | ICD | Diag. Date | Status | Status Date | Comments |
|---|---|---|---|---|---|---|
| Hypertension, Unspecified essential<br>01/06/2012 10:43 EST Hoey, Stephen D.O. | Chronic | 401.9 | 01/06/2012 | Current | 01/06/2012 | |
| Atrial fibrillation<br>10/26/2011 10:45 EST Hoey, Stephen D.O. | Chronic | 427.31 | 10/26/2011 | Current | 10/26/2011 | Paroxysmal Atrial Fibrillation (PAF) / PAC's |
| Axis III: Gen psych exam, see health prob list<br>02/04/2011 14:47 EST Arriola, Lemuel MD | Chronic | V70.2 | 02/04/2011 | Current | 02/04/2011 | |
| Dermatophytosis of nail (Tinea unguium)<br>01/25/2011 13:06 EST Hoey, Stephen D.O. | Chronic | 110.1 | 01/25/2011 | Current | 01/25/2011 | |
| Axis I: Depressive DO, not elsewhere classified<br>12/15/2010 12:56 EST Arriola, Lemuel MD | Chronic | 311 | 12/15/2010 | Current | 12/15/2010 | |
| Axis IV: Psychosocial and environmental problems<br>12/15/2010 12:56 EST Arriola, Lemuel MD | Chronic | Axis IV | 12/15/2010 | Current | 12/15/2010 | incarceration |
| Axis V: GAF 51 - 70<br>12/15/2010 12:56 EST Arriola, Lemuel MD | Chronic | G3 | 12/15/2010 | Current | 12/15/2010 | |
| Diverticulosis of colon w/o mention of hemorrhage<br>08/04/2010 14:09 EST Hoey, Stephen D.O. | Chronic | 562.10 | 08/04/2010 | Current | 08/04/2010 | Colonoscopy 06/12/2008 - Multiple small and large-mouthed diverticula of sigmoid and decending colon.<br>Evidence of patent end-to-side ileo-colonic anastomsis in the mid-transverse colon with healthy appearing mucosa.<br>Hx of colonic polyposis.<br>Repeat colonoscopy in 5 years (2013) for surveillance.<br>Robert H. Hale, M.D.<br>Doylestown, PA |

| | | |
|---|---|---|
| Inmate Name: HOERSCH, RAYMOND C<br>Date of Birth: 05/05/1943<br>Encounter Date: 04/04/2012 11:05 | Sex: M Race: WHITE<br>Provider: Hoey, Stephen D.O. | Reg #: 04422-018<br>Facility: PHL<br>Unit: G02 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Tamsulosin Capsule | 04/04/2012 11:05 | 0.4 mg Orally daily x 180 day(s) |
| | **Indication:** Unspecified disorder of prostate<br>**One Time Dose Given:** No | | |
| | Niacin ER Tablet | 04/04/2012 11:05 | 500 mg Orally -Two Times a Day x 180 day(s) |
| | **Indication:** Other and unspecified hyperlipidemia<br>**One T[illegible]ose Given:** No | | |

See Amendment

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 55895-PHL | Simvastatin 20 [illegible] | 04/04/2012 11:05 | Take one tablet by mouth at bedtime x 180 day(s) Pill Line Only |
| | **Indication:** Other and unsp[illegible]hyperlipidemia<br>**One Time Dose Given:** N[illegible] | | |
| 55894-PHL | Naproxen 500 MG Tab | 04/04/2012 11:05 | Take one tablet by mouth every twelve hours as needed with food x 180 day(s) |
| | **Indication:** Dental restoration status<br>**One Time Dose Given:** No | | |
| 56696-PHL | Metoprolol Tartrate 25 MG Tab | 04/04[illegible] | Take one tablet by mouth twice daily x 180 day(s) |
| | **Indication:** Arrythmia, cardiac dysrhythmia, unspecified<br>**One Time Dose Given:** No | | |
| 60249-PHL | Lisinopril 10 MG Tab | 04/04/2012 11:05 | [illegible] one tablet by mouth each [illegible] day(s) |
| | **Indication:** Hypertension, Unspecified essential<br>**One Time Dose Given:** No | | |
| 55892-PHL | Aspirin, E.C. 325 MG Tab | 04/04/2012 11:05 | Take one tablet by mouth daily x 180 day(s) |
| | **Indication:** Arrythmia, cardiac dysrhythmia, unspecified<br>**One Time Dose Given:** No | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Blood tests-o-p-Prostate Specific Antigen (PSA)<br>_Chronic Care Clinics-Endocrine/Lipid-Lipid Profile | One Time | 07/05/2012 00:00 | Routine |

| | | |
|---|---|---|
| Inmate Name: HOERSCH, RAYMOND C | | Reg #: 04422-018 |
| Date of Birth: 05/05/1943 | Sex: M Race: WHITE | Facility: PHL |
| Encounter Date: 04/04/2012 11:05 | Provider: Hoey, Stephen D.O. | Unit: G02 |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit<br>CARD, E-L CCC's | 07/13/2012 00:00 | Physician 02 |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/04/2012 | Counseling | Compliance - Treatment | Hoey, Stephen | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hoey, Stephen D.O. on 04/04/2012 11:29

See Amendment

| | | |
|---|---|---|
| Inmate Name: HOERSCH, RAYMOND C | | Reg #: 04422-018 |
| Date of Birth: 05/05/1943 | Sex: M Race: WHITE | Facility: PHL |
| Encounter Date: 12/22/2011 13:19 | Provider: Koren, Garrett MD | Unit: G02 |

**Exam:**

**Thought Content**

Yes: Normal

**Orientation**

Yes: Alert and Oriented x 3

poor eye-contact
brief responses. Minimal spontaneous conversation

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Axis I: Depressive DO, not elsewhere classified | 311 | Current | 12/15/2010 | Improved | Chronic |

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 52825-PHL | FLUoxetine 10 MG Cap | 12/22/2011 13:19 | Take one capsule by mouth daily with 20 mg capsule(s) for total dose of (50 mg) per day x 180 day(s) |
| | Indication: Axis I: Depressive DO, not elsewhere classified | | |
| 52826-PHL | FLUoxetine 20 MG Cap | 12/22/2011 13:19 | Take two capsules (40mg) by mouth each day with 10 mg capsule for total dose of 50 mg/ day x 180 day(s) |
| | Indication: Axis I: Depressive DO, not elsewhere classified | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 05/16/2012 00:00 | Psychiatrist |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Plan: continue prozac as it is effective and well tolerated. Patient knows how to getin touch with mental health if he starts to feel less stable.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/22/2011 | Counseling | Access to Care | Koren, Garrett | Verbalizes Understanding |
| 12/22/2011 | Counseling | Compliance - Treatment | Koren, Garrett | Verbalizes Understanding |
| 12/22/2011 | Counseling | Medication Side Effects | Koren, Garrett | Verbalizes Understanding |

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HOERSCH, RAYMOND C | | Reg #: 04422-018 |
| Date of Birth: 05/05/1943 | Sex: M Race: WHITE | Facility: PHL |
| Encounter Date: 10/26/2011 13:31 | Provider: Hoey, Stephen D.O. | Unit: G02 |

Follow-up encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hoey, Stephen D.O.

**Chief Complaint:** No Complaint(s)

**Subjective:** Seen in follow-up to consultation by Cardiology, Dr Kegel at Aria-Frankford. Diagnosed with PAF; to have ASA continued and Lopressor added. Will get 2-D echo and stress test prior to next visit. Review of old records show prior M-mode echo 05/12/2009 essent. WNL, except for "slightly enlarged LA"
No further episodic neuro events that could be construed as TIA's, per pt. Appears to be in A-fib on exam at this point. Tolerates well clinically; only aware that rhythm irregular by taking his pulse.

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Fever, Night Sweats

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/26/2011 | 13:37 PHL | 84 | Apical | Irregular | Hoey, Stephen D.O. |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/26/2011 | 13:37 PHL | 14 | Hoey, Stephen D.O. |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/26/2011 | 13:37 PHL | 128/74 | Left Arm | Sitting | | Hoey, Stephen D.O. |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/26/2011 | 13:37 PHL | 202.0 | 91.6 | | Hoey, Stephen D.O. |

**Exam:**

**Pulmonary**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HOERSCH, RAYMOND C | | | Reg #: | 04422-018 |
| Date of Birth: | 05/05/1943 | Sex: M | Race: WHITE | Facility: | PHL |
| Note Date: | 07/27/2011 09:08 | Provider: | Hoey, Stephen D.O. | Unit: | G02 |

Follow-up encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1** **Provider:** Hoey, Stephen D.O.

EKG reviewed; new A-fib with controlled VR. In light of recent mental status changes and past medical history of "TIA", discussed with CD. Will proceed with cardiology consultation for recommendations. Con't current med regimen for now, as pt. medically stable.

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Cardiology | | | No | |

**Reason for Request:**

New onset of atrial fibrillation and progression of mental status changes. History of "TIA". (Please send copy of recent labs, EKG's, outside medical records of Dr. Porrino, and CCC medical visit clinical encounters with pt. to consultation visit).

**Provisional Diagnosis:**

New atrial fibrilation, HTN, TIA by hx, hyperlipidemia, bipolar disorder.

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Hoey, Stephen D.O. on 07/27/2011 09:20
Requested to be reviewed by Dalmasi, Odelda MD CD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HOERSCH, RAYMOND C | | Reg #: 04422-018 |
| Date of Birth: 05/05/1943 | Sex: M Race: WHITE | Facility: PHL |
| Encounter Date: 07/18/2011 10:04 | Provider: Hoey, Stephen D.O. | Unit: G02 |

Chronic Care encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Hoey, Stephen D.O.

**Chief Complaint:** CARDIAC

**Subjective:** Long discussion with pt. concerning his recent MH decisions regarding Prozac vs. Welbutrin. Now on neither x 10 days; seems to think Dr. Koren knows, but also appears confused about all issues of his recent care. Most disturbing is that auscultation now reveals possible irregular rhythym (vs. report previously of "sinus dysrhythmia"). Import obviously involves prior TIA; if PAF, needs warfarin, if sinus, not an issue, though still will need 2-D echo for confimation of thrombus status. Discussed briefly with Dr. Koren; hope this is NOT developing multi-infarct syndrome, just plain depression. Will also check lab. May also be exhibiting some mild peripheral Raynaud's of fingers and toes. Has lost toenail great toe right foot (fungal).

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**Seen for clinic(s):** Cardiac, Endocrine/Lipid

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Easily Tired

No: Chills, Fever, Night Sweats

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/18/2011 | 10:16 PHL | 70 | Apical | Irregular | Hoey, Stephen D.O. |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/18/2011 | 10:16 PHL | 14 | Hoey, Stephen D.O. |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/18/2011 | 10:16 PHL | 130/78 | Left Arm | Sitting | | Hoey, Stephen D.O. |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/18/2011 | 10:16 PHL | 207.4 | 94 1 | | Hoey, Stephen D.O. |

**Exam:**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HOERSCH, RAYMOND C | | Reg #: 04422-018 |
| Date of Birth: 05/05/1943 | Sex: M Race: WHITE | Facility: PHL |
| Encounter Date: 12/15/2010 10:08 | Provider: Arriola, Lemuel MD | Unit: G02 |

Psychiatry Initial Evaluation encounter performed at Other.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Arriola, Lemuel MD

**Chief Complaint:** MENTAL HEALTH

**Subjective:** Inmate seen and interveived with Dr. Reinhold present via televideo psychiatry. BEMR and PDS reviewed. Inmate complaining of increased depression, anxiety, increased sleep, poor appetite, anhedonia and poor concentration worsening over the past year and a half. He claims a history of bipolar disorder treated with Lithium in the past. He denies any significant recent mania or hypomania. Denies psychotic symptoms. He claims being on-off meds when taking them. He admits not very enthusisatic in taking meds or even seeking mental health professional help. He believes he is into depression and is considering medication to alleviate this having exhausted counseling or psychotherapy since incarceration. + family histoory of depression. Denies suicical attempts or ideations past or current. He agrees to try Fluoxetine for depression after understanding the risks, benefits and side effects including other alternatives. He agrees to seek counseling with Psychology as needed. He is encouraged to talk to staff if he feels at high risk of hurting hismelf or others and including worsening of symptoms.

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**ROS:**

**Psychiatric**

**General**

Yes: Mood-Down, Anxiety-Moderate, Sleep Impaired, Energy Impaired, Appetite-Increased, Concentration-Decreased, Appears Down, Affect Blunted/Bland

No: Panic Attacks, Memory Impaired, Hallucinations-Auditory, Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Manic/Hypomanic, Uncooperative/Argumentative, Angry/Irritable, Hostile/Threatening, Agitated/Distressed, Paranoid/Guarded/Suspicious, Restless/Fidgety, Not Engaged/Non-Spontaneous, Thoughts Not Organized/irrational

**OBJECTIVE:**

**Exam:**

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|

# Bureau of Prisons
# Health Services
# Clinical Encounter

[redacted]

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Bokhari, H. MLP

**Chief Complaint:** ENDO/LIPID
**Subjective:** History of high cholesterol x 10 years. States is controlled on medication.
**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:** No
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**COMPLAINT 2** **Provider:** Bokhar. H. MLP

**Chief Complaint:** GENERAL
**Subjective:** History of enlarged prostate x 3 years states is doing well on the medicine.
**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:** No
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**Seen for clinic(s):** Endocrine/Lipid

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/09/2010 | 09:51 PHL | 97.6 | 36.4 | Tympanic | Bokhari, H. MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/09/2010 | 09:51 PHL | 60 | Via Machine | | Bokhari, H. MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/09/2010 | 09:51 PHL | 16 | Bokhari, H. MLP |

**Blood Pressure:**