Mac

RBS

43

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

FILED
JUL 5 2012
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

V. CRIMINAL NO. 09-794

RAYMOND HORSCH

**ORDER**

AND NOW, this 3RD day of July, 2012, it is hereby ORDERED and DECREED that the Supplemental Presentence Memorandum is filed under SEAL until further notice of the Court.

BY THE COURT:

______ J

Copies Mailed to Counsel
w/copy of J+C

Abrams
Brown
Pickles
7-5-12