IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                 :

       v.                                          :        Criminal No. 09-794

RAYMOND HORSCH                           :

**ORDER**

AND NOW, this __3rd__ day of __July__ _____, 2012, upon consideration of

the government's motion, Count One of the Superseding Indictment, returned January 26, 2010,

is hereby DISMISSED.

_____
HONORABLE R. BARCLAY SURRICK
*Judge, United States District Court*

Copies Mailed to Counsel w/
Copy of J&C:
    Abrams
    Brown
    Rickles
      7-5-12