**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 09-794 |
| | : | |
| RAYMOND HORSCH | : | |

**O R D E R**

AND NOW, this 11th day of July, 2012, it is ORDERED that the United States Bureau of Prisons shall provide Defendant with credit for time served while in custody in Bucks County from the initial date of his arrest on July 22, 2009 until the United States Attorney's Office adopted this matter in January 2010.

IT IS SO ORDERED.

BY THE COURT:

/s/ *R, Barclay Surrick*
U.S. District Judge