**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No. 09-794** |
| **RAYMOND HORSCH** | : | |

**GOVERNMENT'S MOTION FOR THE**
**ENTRY OF A FINAL ORDER OF FORFEITURE**

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Elizabeth Abrams, Assistant United States Attorney, respectfully requests entry of a Final Order of Forfeiture, and in support of this motion, the United States represents as follows:

1. An Order for Forfeiture was entered by this Court on July 3, 2012, forfeiting to the United States the defendant's interest in the following assets:

a) an Ithaca Gun Co. brand 12-gauge pump action shotgun, model 37, serial number 33802, with a barrel of approximately 14 1116 inches and an overall length of approximately 24 7/8 inches;

b) a Belgian brand 16 gauge double barrel shotgun, serial number 19585, with a barrel of approximately 11 3/16 inches and overall length of approximately 19 3/8 inches; and

c) a U.S. Military M-l .30 caliber carbine made by IBM Corporation, serial number 3702632.

2. Pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice was published on an official internet government forfeiture site for 30 consecutive days commencing on August 14, 2012. See Exhibit A,

attached.[1]

3. No third party has petitioned the court for a hearing to adjudicate the validity of any alleged interest in the forfeited properties.

4. Based on defendant's guilty plea, the government avers that the defendant had an interest in the properties named in the Order for Forfeiture that are subject to forfeiture pursuant to 18 U.S.C. § 924(d), made applicable by 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

For the reasons stated above, the government requests that this Court enter the attached Final Order of Forfeiture.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/
ELIZABETH ABRAMS
Assistant United States Attorney

Date: October 22, 2012

1 The advertisement erroneously included real property (520 Airy Avenue, Chalfont, Pennsylvania); the government has not moved, and will not move, the Court for forfeiture of the real property.

**CERTIFICATE OF SERVICE**

The foregoing Motion for an Entry of a Final Order of Forfeiture, and proposed Order will be served electronically through the District Court Electronic Case System upon:

Jerome M. Brown, Esquire
1628 JFK Boulevard
Suite 1000, 8 Penn Center
Philadelphia, PA 19103

/s/
ELIZABETH ABRAMS
Assistant United States Attorney

Date: October 22, 2012

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 09-794** |
| | : | |
| **RAYMOND HORSCH** | : | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 3, 2012, this Court entered an Order for the Forfeiture of certain properties further described below;

AND WHEREAS, pursuant to Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Order for Forfeiture was placed on an official government internet site for 30 consecutive days commencing on August 14, 2012;

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the properties named in the Order for Forfeiture;

AND WHEREAS, the Court finds based on the defendant's guilty plea that the defendant had an interest in the properties named in the Order for Forfeiture that are subject to forfeiture pursuant to 18 U.S.C. § 924(d), made applicable by 28 U.S.C. § 2461(c), and 21 U.S.C. § 853;

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. All right, title and interest of all persons, their heirs and assigns, in the property described below, is hereby fully and finally forfeited to the United States of America pursuant to 21 U.S.C. § 853(n)(7):

   a) an Ithaca Gun Co. brand 12-gauge pump action shotgun, model 37, serial number 33802, with a barrel of approximately 14 1116 inches and an overall length of approximately 24 7/8 inches;

b) a Belgian brand 16 gauge double barrel shotgun, serial number 19585, with a barrel of approximately 11 3/16 inches and overall length of approximately 19 3/8 inches; and

c) a U.S. Military M-l .30 caliber carbine made by IBM Corporation, serial number 3702632.

2. All right, title and interest of all persons, their heirs and assigns in the properties described above, is hereby vested in the United States of America.

3. The United States Marshals Service, and/or the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), shall dispose of the forfeited properties in accordance with the law and the rules of this Court.

ORDERED __________ this day _______________ of 2012.

BY THE COURT:

____________________________________
HONORABLE R. BARCLAY SURRICK
*Judge, United States District Court*