# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 09-794 |
| | ) | |
| Raymond Horsh | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 14, 2012 and ending on September 12, 2012. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2012 at Philadelphia, PA.

Rebecca McGeehan
FSA Forfeiture Paralegal

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## COURT CASE NUMBER: 09-794; NOTICE OF FORFEITURE

Notice is hereby given that on July 03, 2012, in the case of <u>U.S. v. Raymond Horsh</u>, Court Case Number 09-794, the United States District Court for the Eastern District of Pennsylvania entered an Order condemning and forfeiting the following property to the United States of America:

Richards Double Barrel Shotgun CAL:16 SN:19585 (09-ATF-024406) which was seized from Raymond Horsch on July 23, 2009 at 520 Airy Avenue, located in Chalfont, PA

Unknown Manufacturer M1 Rifle CAL:30 SN:3702632 (09-ATF-024407) which was seized from Raymond Horsch on July 23, 2009 at 520 Airy Avenue, located in Chalfont, PA

Ithaca Gun Company 37 Shotgun CAL:16 SN:33802 (09-ATF-024408) which was seized from Raymond Horsch on July 23, 2009 at 520 Airy Avenue, located in Chalfont, PA

520 Airy Avenue, Chalfont, PA (10-ATF-019991)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 14, 2012) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 2609 United States Courthouse, 601 Market Street, Philadelphia, PA 19106, and a copy served upon Assistant United States Attorney Elizabeth Abrams, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.