## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 09-794 |
| | : | |
| RAYMOND HORSCH | : | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on July 3, 2012, this Court entered an Order for the Forfeiture of certain properties further described below;

AND WHEREAS, pursuant to Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Order for Forfeiture was placed on an official government internet site for 30 consecutive days commencing on August 14, 2012;

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the properties named in the Order for Forfeiture;

AND WHEREAS, the Court finds based on the defendant's guilty plea that the defendant had an interest in the properties named in the Order for Forfeiture that are subject to forfeiture pursuant to 18 U.S.C. § 924(d), made applicable by 28 U.S.C. § 2461(c), and 21 U.S.C. § 853;

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.    All right, title and interest of all persons, their heirs and assigns, in the property described below, is hereby fully and finally forfeited to the United States of America pursuant to 21 U.S.C. § 853(n)(7):

    a)    an Ithaca Gun Co. brand 12-gauge pump action shotgun, model 37, serial number 33802, with a barrel of approximately 14 1116 inches and an overall length of approximately 24 7/8 inches;

b)      a Belgian brand 16 gauge double barrel shotgun, serial number 19585, with a barrel of approximately 11 3/16 inches and overall length of approximately 19 3/8 inches; and

c)      a U.S. Military M-1 .30 caliber carbine made by IBM Corporation, serial number 3702632.

2.    All right, title and interest of all persons, their heirs and assigns in the properties described above, is hereby vested in the United States of America.

3.    The United States Marshals Service, and/or the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), shall dispose of the forfeited properties in accordance with the law and the rules of this Court.

ORDERED __22ⁿᵈ__ this day __October__ of 2012.

BY THE COURT:

HONORABLE R. BARCLAY SURRICK
*Judge, United States District Court*

Faxed to: 10/22/12
  Abrams
  Brown

2