**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RAYMOND HORSCH | No. 2:09-cr-00794 |

# ORDER

AND NOW, this 6th day of October 2026, upon consideration of The Philadelphia Inquirer, LLC's Motion to Intervene to Seek Access to Records, and any responses thereto, it is hereby ORDERED that the Motion to GRANTED and that The Philadelphia Inquirer, LLC, is granted leave to intervene to seek access to records and may file the Motion and Memorandum of Law attached to its Motion to Intervene as Exhibit A.

BY THE COURT:

s/Paul S. Diamond, J.

Paul S. Diamond, J.