**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 09-794** |
| **RAYMOND HORSCH** | : | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of the United States of America.

Respectfully submitted,

UNITED STATES ATTORNEY

*/s/ Justin Ashenfelter*
JUSTIN ASHENFELTER
Assistant United States Attorney