IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 09-794 |
| RAYMOND HORSCH | : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorney Elizabeth F. Abrams on behalf of the United States of America.

DAVID METCALF
UNITED STATES ATTORNEY

*/s/ Justin T. Ashenfelter*
JUSTIN T. ASHENFELTER
Assistant United States Attorney