**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 09-794** |
| | : | |
| **RAYMOND HORSCH** | : | |

**O R D E R**

AND NOW, this 29th day of October, 2026, it is hereby **ORDERED** that the January 10, 2011 change of plea hearing (Doc. No. 26) and the June 28, 2012 sentencing hearing (Doc. No. 40) shall be transcribed, and the transcripts provided to the Court, **FORTHWITH**. The sentencing hearing transcript shall remain **SEALED** pending further Order of the Court.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*

Paul S. Diamond, J.