**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 09-794** |
| | : | |
| **RAYMOND HORSCH** | : | |

---

**O R D E R**

AND NOW, this 29th day of October, 2026, upon consideration of The Philadelphia Inquirer, LLC's Motion for Access to Records (Doc. No. 59), the Government's Response, in which it does not oppose unsealing certain entries (Doc. No. 63), and the Inquirer's Reply (Doc. No. 64), it is hereby **ORDERED** that:

1. The Inquirer's Motion (Doc. No. 59) is **GRANTED in part**.
2. The Clerk of Court shall **UNSEAL** the following entries: Doc. Nos. 13, 17, 18, 21, 26, 27, 28, 29, 37, 43, 44, and 45; and
3. The Court **RESERVES** ruling on the remainder of the Inquirer's Motion.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*

Paul S. Diamond, J.